AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

RICARDO AGUILAR,

                Plaintiff,

                v.

BENTON COUNTY CORRECTIONS,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-5092-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted under 28 U.S.C §§ 1915(e)(2) and 1915A(b)(1).

August 26, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson